# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vienghkone Sikeo,<br><br>　　　　Petitioner,<br><br>v.<br><br>John E Cantu, et al.,<br><br>　　　　Respondents. | No. CV-25-03191-PHX-SHD (CDB)<br><br>**ORDER** |

In this habeas action brought under 28 U.S.C. § 2241, Petitioner alleged he was about to be removed to Laos but alleged he is not a Laotian citizen, having been born in Thailand, and did not receive notice and an opportunity to respond to his pending removal. On September 2, 2025, the Court entered a Temporary Restraining Order enjoining Petitioner's removal from the United States. (Doc. 6.) Respondents responded to the motion for injunctive relief, arguing Petitioner is, in fact, a citizen of Laos. In support of their response, Respondents submitted the Declaration of Katherine Ormonde, a Supervisory Detention and Deportation Officer. Ms. Ormonde declares Petitioner is a citizen of Laos and was ordered removed to Laos on July 12, 2005. (Doc. 11-1 at 3 ¶¶ 5, 11.)

In reply, Petitioner contends Respondents' contentions are not supported by documentary evidence and recently received documents obtained by a FOIA request establish Petitioner's assertion he was born in Thailand. (Doc. 12 at 7.) Further, Petitioner alleges another individual also being removed to Laos could not actually be

1  taken to Laos because Respondents did not have a proper travel document. (Doc. 12 at 2-
2  3.)
3        In an abundance of caution, the Court will require Respondents to provide
4  documentation establishing Petitioner's country of birth, a copy of Petitioner's removal
5  order designating Laos as the country of removal, and Petitioner's current travel
6  document reflecting Laos will accept him upon arrival.
7        **IT IS THEREFORE ORDERED** Respondents must submit the documents
8  identified herein no later than **Wednesday, September 10, 2025**. Petitioner may address
9  those documents no later than **Thursday, September 11, 2025**.
10       Dated this 8th day of September, 2025.

_____
Honorable Sharad H. Desai
United States District Judge

- 2 -