# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vienghkone Sikeo,<br><br>   Petitioner,<br><br>v.<br><br>John E Cantu, et al.,<br><br>   Respondents. | No. CV-25-03191-PHX-SHD (CDB)<br><br>**ORDER** |

  On September 2, 2025, the Court entered a Temporary Restraining Order enjoining Petitioner's removal from the United States. (Doc. 6.) Petitioner alleged an order of removal was entered in 2005, he was about to be removed to a third country, he is not a Laotian citizen, having been born in Thailand, and did not receive notice and an opportunity to respond to his pending removal.[1] (Docs. 1, 4.) In addition to challenging his removal to a third country (and now Laos), Petitioner has also challenged his redetention. Specifically, Petitioner alleged he was released from immigration detention in 2005 on an Order of Supervision and, as a result, was entitled to a hearing before a neutral adjudicator prior to his redetention. (Doc. 1 at 1, 17-18.)

  The pertinent regulations, 8 C.F.R. § 241.4(l)(1)-(2) and 8 C.F.R. § 241.13(i), set forth the process for revoking orders of supervision. Respondents have not provided the Court with Petitioner's Notice of Revocation of Release or other evidence regarding the

---

[1] The Court directed Respondents to submit supplemental information about Petitioner's removal order to facilitate the resolution of Petitioner's removal claim. That information remains under review.

1  process it followed in revoking his order of supervision. To consider this claim,
2  Respondents must supplement the record with the Notice and a declaration outlining the
3  process undertaken to revoke Petitioner's Order of Supervision.

4      **IT IS THEREFORE ORDERED** no later than **Wednesday, September 17,**
5  **2025**, Respondents must supplement the record with Petitioner's Notice of Revocation of
6  release and a declaration outlining the process undertaken to revoke Petitioner's Order of
7  Supervision and provide the notice required by the relevant regulations. Petitioner may
8  reply to Respondents' submission no later than **Friday, September 19, 2025**.

9      **IT IS FURTHER ORDERED** the Temporary Restraining Order issued on
10 September 2, 2025 is extended for an additional 14 days.

11     Dated this 15th day of September, 2025.

_____
Honorable Sharad H. Desai
United States District Judge

- 2 -