# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vienghkone Sikeo,<br><br>  Petitioner,<br><br>v.<br><br>John E Cantu, et al.,<br><br>  Respondents. | **NO. CV-25-03191-PHX-SHD (CDB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed September 24, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to Ground One. Petitioner must be released from immigration custody under the same conditions that existed before his redetention. The Petition is denied as to Grounds Two and Three. Judgment is entered in Petitioner's favor and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

September 24, 2025

By s/ Rebecca Kobza
   Deputy Clerk