# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vienghkone Sikeo,<br><br>　　　　Petitioner,<br><br>v.<br><br>John E Cantu, et al.,<br><br>　　　　Respondents. | No. CV-25-03191-PHX-SHD (CDB)<br><br>**ORDER** |

Petitioner filed a Motion to Enforce (Doc. 23). The Court will order Respondents to respond to the motion no later than 5:00 p.m. today, supported by competent evidence and declarations signed under penalty of perjury.

**IT IS THEREFORE ORDERED** Respondents must respond to Petitioner's Motion to Enforce **no later than 5:00 p.m. today**.

Dated this 7th day of November, 2025.

_____
Honorable Sharad H. Desai
United States District Judge